```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14308
   BOBBY C HILL
   VERONICA J OVERTON                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-3781      SSN XXX-XX-8763
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/09/07 .

   2.  The case was dismissed without confirmation, 01/11/2008.

   3.  The Debtor paid a total of $   3600.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BAYVIEW LOAN SRV LLC | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | .00 | .00 | 1107.35 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AFFIRMATIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERISTAR FINANCIAL CO L | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCE BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |

```
GREAT LAKES CREDIT UNION UNSECURED       NOT FILED              .00         .00
GREAT LAKES CREDIT UNION UNSECURED       NOT FILED              .00         .00
JC PENNEY CO             UNSECURED       NOT FILED              .00         .00
NORTHERN ILLINOIS COLLEC UNSECURED       NOT FILED              .00         .00
NORTH SHORE GAS          UNSECURED       NOT FILED              .00         .00
PEOPLES ENERGY           UNSECURED       NOT FILED              .00         .00
PORTFOLIO RECOVERY ASSOC UNSECURED       NOT FILED              .00         .00
SAMS CLUB                UNSECURED       NOT FILED              .00         .00
SAMS CLUB                UNSECURED       NOT FILED              .00         .00
SBC AMERITECH            UNSECURED       NOT FILED              .00         .00
SEARS BKRUPTCY RCVRY MGM UNSECURED       NOT FILED              .00         .00
SENEX SERVICES           UNSECURED       NOT FILED              .00         .00
CITIBANK NA              UNSECURED       NOT FILED              .00         .00
TED RICKTER SR           UNSECURED       NOT FILED              .00         .00
WFNNB                    UNSECURED       NOT FILED              .00         .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED |      .00 |      .00 |       .00 |   .00 |      .00 |
| PRINCIPAL PAID     |  1107.35 |      .00 |       .00 |   .00 |  1107.35 |
| INTEREST PAID      |      .00 |      .00 |       .00 |   .00 |      .00 |
| TOTAL PAID         |  1107.35 |      .00 |       .00 |   .00 |  1107.35 |

The Debtor's attorney, HAROLD M SAALFELD       , was allowed $  3500.00 and was paid $   2303.17 .

The Trustee received $    189.48 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                          PAGE   3
   CASE NO. 07 B 14308 BOBBY C HILL & VERONICA J OVERTON
```